# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2021

Bridget M. McCormack,
Chief Justice

163320(63)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SOARING PINE CAPITAL REAL ESTATE
AND DEBT FUND II, LLC,
      Plaintiff/Counterdefendant-
      Appellee,

v

      SC: 163320
      COA: 349909
      Oakland CC: 2018-163298-CH

PARK STREET GROUP REALTY SERVICES,
LLC, PARK STREET GROUP, LLC, and
DEAN J. GROULX,
      Defendants/Counterplaintiffs-
      Appellants.
_____/

      On order of the Chief Justice, the motion of plaintiff/counterdefendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 1, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2021



Clerk